## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>**TARRAGON CORPORATION et al.,**<br><br>　　　　　　　　　　Debtors. | Case No.: 09-10555 (DHS)  **(Lead Case)**<br><br>Administratively Consolidated<br><br>Judge: Donald H. Steckroth, U.S.B.J. |
| **MARTIN SKOLNICK, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**TARRAGON CORPORATION, et al.,**<br><br>　　　　　　　　　　Defendants. | Adv.Pro. No.: 09-02012 (DHS) |
| **1200 GRAND STREET CONDOMINIUM ASSOCIATION,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**TARRAGON CORPORATION, et al.,**<br><br>　　　　　　　　　　Defendants. | Adv. Pro. No.: 09-01465 (DHS) |



FILED
JAMES J. WALDRON, CLERK
AUG 2 2 2012
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## **ORDER**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Aug. 22, 2012

_/s/ D. Steckroth_
USBJ

**Page 2**

Debtor: Tarragon Corporation
Case No.: 09-10555 (DHS) (Adv. Pro. 09-02012 (DHS))
Caption of Order: **Order**

---

This matter having been opened to the Court upon motion filed by Martin Skolnick, Pro Se, and attorney for 35 others ("Plaintiffs")[1] to amend a complaint and file a Third Amended Complaint in order to assert claims against Robert Rohdie ("Rohdie"), Michael Sciarra ("Sciarra"), and Mark Settembre ("Settembre") (collectively, the "Defendants") for violations of the New Jersey Planned Real Estate Development Full Disclosure Act, N.J.S.A. 45:22A-21, *et seq.* ("PREDFDA"), and a cross motion filed by defendants Ursa Development Group LLC ("Ursa"), Sciarra, and Settembre ("Ursa Defendants") to dismiss the Second Amended Skolnick and Abramson Complaints, and the Court having reviewed the pleadings and opposition to the Plaintiffs' motion to amend filed by Rohdie and the Ursa Defendants, and having heard the arguments of counsel, and for the reasons set forth in the Court's Opinion of August 22, 2012, and for good cause shown, it is

ORDERED that the Plaintiffs' motion to amend a complaint and file a Third Amended Complaint in order to assert claims against the Defendants be and the same is hereby granted; and it is further

ORDERED that the Defendants' cross-motion to dismiss the Plaintiffs' Second Amended Complaint is in no way related to the Plaintiffs' motion to amend a complaint and file a Third Amended Complaint and thus, the Court will not consider the cross-motion at this time.

......

---

[1] Cheryl Abramson, Todd Abramson, Judith Anderson, Myron Weiner, Kim Blackmore, Monica Datta, Kim DeRosa, Brian Duis, Todd Miller, Brian Finney, Rick Gyan, Sara Ferry, Patrick Healey, Lincoln Hochberg, Robert Holzberg, Michael Katsaros, James Lake, Erika Lake, Bradford C. Lerman, Shahid Malik, David Missing, Lori Missig formerly known as Lori Petillo, Janine O'Brien, Stephanie Petillo, Ryan Pryor, Kyla Pryor formerly known as Kyla DeMarzio, Harla Seckular, Darren Sikorski, Jordan Silberberg, Justin Silberberg, Manisha Varsani, Steve Warjanka, Lara Warjanka, James Weinberg, and Susan Skolnick.